# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHAD JEREMY ADAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | NO. CIV-16-0045-HE |
| | ) | |
| JOE M. ALLBAUGH, | ) | |
| Interim Director of the Oklahoma | ) | |
| Department of Corrections, | ) | |
| | ) | |
| Respondant. | ) | |

## ORDER

Petitioner, a state prisoner appearing *pro se*, filed this suit seeking habeas relief under 28 U.S.C. § 2241. Consistent with 28 U.S.C. § 636(b)(1)(B), this case was referred to U.S. Magistrate Judge Suzanne Mitchell, who recommends the petition be dismissed as moot. The parties were advised of their right to object to the Report and Recommendation by September 26, 2016. No objections have been filed. The parties have therefore waived their right to appellate review of the factual and legal issues addressed in the Report and Recommendation. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Accordingly, the Report and Recommendation [Doc. #18] is **ADOPTED**. The petition for writ of habeas corpus [Doc. #1] is **DISMISSED** as **MOOT**.

**IT IS SO ORDERED**.

Dated this 28th day of September, 2016.

_____
JOE HEATON
CHIEF UNITED STATES DISTRICT JUDGE